## UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. v. Ronald Ray Bonds**                                    **Docket No. 2:10-CR-21-2FL**
### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ronald Ray Bonds, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and More Than 500 Grams of Cocaine Within 1,000 Feet of a School or Playground in violation of 21 U.S.C. §§ 846 and 860, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on May 13, 2011, to the custody of the Bureau of Prisons for a term of 74 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years.

Ronald Ray Bonds was released from custody on December 17, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 26, 2015, a urine specimen collected from the defendant on May 14, 2015, was determined by the national laboratory to be positive for cocaine. Shortly following collection of the urine specimen, the defendant contacted the probation officer and admitted that the specimen may test positive for cocaine. As a sanction for the violation, we are recommending that the defendant be required to serve 2 days incarceration in the Bureau of Prisons and that he participate in the DROPS program. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

2. While under supervision in the Eastern District of North Carolina, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; and Third Use - Ten Days. The defendant shall begin at the Second Use level.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield

Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ Lakesha H. Wright

Lakesha H. Wright
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-830-2348
Executed On: June 5, 2015

## ORDER OF THE COURT

Considered and ordered this ___9th___ day of ____June_____, 2015 and ordered filed and
made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge